UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation of Dismissal, dkt. 39. JPH, 7/21/2023 Distribution via ECF.

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOM S. NGUYEN d/b/a CLAY NAILS, STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of TOM S. NGUYEN d/b/a CLAY NAILS, NAIL MAXX PRODUCTS, INC., and DAISY NAIL PRODUCTS, INC. | ) Civil Action No.:1:22-cv-1873-JPH-KMB |
| Defendants. | ) |
| DAISY NAIL PRODUCTS, INC., Counterclaimant, | ) |
| v. | ) |
| UNITED SPECIALTY INSURANCE COMPANY, Counterclaim Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff and Counterclaim Defendant, United Specialty Insurance Company ("United Specialty"), by counsel, and Defendant and Counterclaimant, Daisy Nail Products, Inc., by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of all claims in this matter, with prejudice, each party to bear its own fees and costs as the parties have settled all claims in this matter.

Respectfully Submitted,

*/s/ James P. Strenski*